FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN FLAMMINGSTAR MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> YAKIMA COUNTY JAIL ADMINISTRATION, BUREAU OF PRISONS, and YAKIMA COUNTY MEDICAL, <br><br> Defendants. | No.   1:23-CV-3148-TOR <br><br> ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS |

Plaintiff Justin Flammingstar Martinez, a pretrial detainee currently housed at the Yakima County Jail, filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 on September 25, 2023.  ECF No. 1.  Plaintiff did not pay the $402.00 filing fee to commence an action ($350.00 filing fee, plus $52.00 administrative fee) or properly seek leave to proceed *in forma pauperis*.

On October 25, 2023, this Court issued an Order to Clarify Prisoner Status and/or Pay Filing Fee.  ECF No. 7.  The Court ordered Plaintiff to clarify his

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 1

1 prisoner status between March 25, 2023, and September 12, 2023, and if he was

2 incarcerated at any point during that timeframe, to provide certified copies of his

3 trust fund account statement(s) (or institutional equivalent(s)), obtained from the

4 appropriate official of each prison or jail at which he was confined. *Id*. at 2. In the

5 alternative, Plaintiff was instructed to pay the filing fee of $402.00. *Id*. at 3. The

6 Court cautioned that failure to comply with these directives on or before December

7 11, 2023, would result in dismissal of this action. *Id*.

8      Plaintiff did not comply with these directives and has filed nothing further.

9 Accordingly, for the reasons set forth above and in the Court's prior Order, ECF

10 No. 7, **IT IS ORDERED** that this action is **DISMISSED WITHOUT**

11 **PREJUDICE** for failure to comply with the filing fee and *in forma pauperis*

12 requirements of 28 U.S.C. §§ 1914 and 1915. The Court certifies pursuant to 28

13 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith

14 and would lack any arguable basis in law or fact.

15     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order,

16 enter judgment, provide copies to Plaintiff at his last known addresses, and **CLOSE**

17 the file.

18     **DATED** this 18th day of December 2023.

19

20            THOMAS O. RICE
           United States District Judg

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE OR *IN FORMA PAUPERIS* REQUIREMENTS -- 2